.

```
EMILEE JO SIMMONS              JPMCB
20256 DAN WALKER RD            MAILCODE LA4-7100
SAUCIER, MS 39574              700 KANSAS LANE
                               MONROE, LA 71203


THOMAS C. ROLLINS, JR.         KEESLER FCU
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 2602 PASS RD
JACKSON, MS 39236              BILOXI, MS 39531


AMERICAN HONDA FINANCE         KOHL'S
ATTN: BANKRUPTCY               PO BOX 3043
PO BOX 168088                  MILWAUKEE, WI 53201
IRVING, TX 75016


CAPITAL ONE                    SYNCHRONY BANK
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 30285                   PO BOX 965060
SALT LAKE CITY, UT 84130       ORLANDO, FL 32896


COMENITY
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218


COOPER DAVIS
22075 GRIMES ST
PASS CHRISTIAN, MS 39571


CREDIT ONE BANK
ATT6801 CIMARRON RD
LAS VEGAS, NV 89113


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054


GENESIS FS
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076
```