## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
Emilee Jo Simmons,                                                    **CHAPTER 7**
      Debtor                                                         **CASE NO.: 25-50514-KMS**

### ORDER LIFTING AUTOMATIC STAY,
### ABANDONING PROPERTY AND OTHER RELIEF [Dkt. # ____]

**CAME BEFORE THIS COURT** on the motion of American Honda Finance Corporation ("Movant") for relief from the automatic stay, for abandonment and for other relief, the Debtor having failed to respond and the Court, being advised in the premises, hereby finds that the motion should be granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 and that the Property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property:  2022 M/C SXS520M2N , VIN: 1HFVE0710N4703514.

##END OF ORDER##

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467
cbarbour@blswlaw.com
Attorney for Movant