United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50514-KMS
Emilee Jo Simmons Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 1
Date Rcvd: May 27, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emilee Jo Simmons, 20256 Dan Walker Rd, Saucier, MS 39574-9417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor American Honda Finance Corporation cbarbour@blswlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Emilee Jo Simmons trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com<br>meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 4

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: May 27, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
    EMILEE JO SIMMONS          CASE NO. 25-50514 KMS

    **DEBTOR .**          **CHAPTER 7**

## ORDER EXTENDING STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by American Honda Finance Corporation (the "Motion") (Dkt. #16) in the above referenced bankruptcy case and 11 U. S. C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided under the Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding, and

**IT IS THEREFORE ORDERED** that any stay provided by 11 U.S.C. §362 is hereby extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##