# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50514        **Case Name:** Emilee Jo Simmons

**Set:** 07/10/2025 09:00 am    **Chapter:** 7    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2022 M/C SXS520M2N. ., Motion to Compel Abandonment .  Filed by Creditor American Honda Finance Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)  (Dkt. #16)

Minute Entry Re: (related document(s): [16] Motion for Relief From Stay filed by American Honda Finance Corporation) A no response order has been submitted by Barbour. CA to pull order. Tickle for date: 07/17/2025. Hearing removed. (mcc)